# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Alex Gonzalez Reynaga,<br>a.k.a.: Alex Gonzalez-Reynaga,<br>(A201 029 290)<br>*Defendant* | Case No. 17-6376mJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of June 22, 2015, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Alex Gonzalez Reynaga, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about May 15, 2015, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: *CEB* Charles E. Bailey, P.S. for AUSA Natalie B. Huddleston

☒ Continued on the attached sheet.

_____
Complainant's signature

Salvador Delgado II,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: October 5, 2017

_____
Judge's signature

David K. Duncan,
United States Magistrate Judge
*Printed name and title*

City and state: Phoenix, Arizona

## STATEMENT OF PROBABLE CAUSE

I, Salvador Delgado II, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On June 22, 2015, Alex Gonzalez Reynaga was booked into the Maricopa County Jail (MCJ) by the Phoenix Police Department on local charges. While incarcerated at the MCJ, Gonzalez Reynaga was examined by Immigration Enforcement Agent M. Paredes who determined Gonzalez Reynaga to be a Mexican citizen, unlawfully present in the United States. On the same date, an immigration detainer was lodged with the county jail. On October 4, 2017, Gonzalez Reynaga was released from the Arizona Department of Corrections and transported to the Florence ICE office for further investigation and processing. Gonzalez Reynaga was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Alex Gonzalez Reynaga to be a citizen of Mexico and a previously deported criminal alien. Gonzalez Reynaga was removed from the United States to Mexico through Nogales, Arizona, on or about May 15, 2015, pursuant to an order of removal issued by an immigration judge. There is no

record of Gonzalez Reynaga in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Alex Gonzalez Reynaga's immigration history was matched to him by electronic fingerprint comparison.

4. On October 4, 2017, Alex Gonzalez Reynaga was advised of his constitutional rights. Gonzalez Reynaga freely and willingly acknowledged his rights and agreed to provide a statement under oath. Gonzalez Reynaga stated that his true and complete name is Alex Gonzalez Reynaga and that he is a citizen of Mexico. Gonzalez Reynaga stated that he illegally entered the United States at or near Nogales, on an unknown date in 2016, without inspection by an immigration officer. Gonzalez Reynaga further stated that he had been removed from the United States to Mexico and did not receive permission from the Secretary of the Department of Homeland Security to re-enter the United States after his removal.

5. For these reasons, this affiant submits that there is probable cause to believe that on or about June 22, 2015, Alex Gonzalez Reynaga, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States

///

///

at or near Nogales, Arizona, on or about May 15, 2015, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

_____
Salvador Delgado II,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 5th day of October, 2017.

_____
David K. Duncan,
United States Magistrate Judge